

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00047-CR

**RODERICK CARVON BLEDSOE,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2014-392-C1

## ORDER

Appellant's second motion for extension of time to file his brief was filed on May 31, 2016. Appellant had previously been given an extension of 11 days until May 16, 2016 to file his brief. The reasons for the current requested 30 day extension seem to be the same reasons as listed in appellant's previous motion; and the current motion, like the previous motion, requests an extension to a date that had already passed when the motion was filed. These combined factors may be an indication that counsel is not giving this matter the attention it deserves or that there are other reasons for this Court to be

concerned about the representation being provided. Accordingly we deny the motion

and order the brief filed within 28 days of the date of this order.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed June 15, 2016

